IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LI ZHUO LIN, | : | No.   3:24cv1157 |
| Plaintiff | : | |
| | : | (Judge Munley) |
| v. | : | |
| | : | |
| WILLIAM SKOTLESKI, | : | |
| BRIAN KONOPKA, | : | |
| ANTHONY DOBLOVASKY, and | : | |
| JUSTIN HOPE, | : | |
| Defendants | : | |

## ORDER

**AND NOW**, to wit, this ___ day of December 2024, the defendants' motion to stay (Doc. 6) is hereby **GRANTED**. This case is **STAYED** pending the resolution of <u>Commonwealth v. $150,200.00 Currency</u>, No. 2023-12708 (C.C.P. Luzerne Cnty.) and all appeals therefrom. The Clerk of Court is directed to close this case until the stay is lifted. The plaintiff shall notify the court within thirty (30) days of the conclusion of the state court proceedings so that the stay may be lifted and the case reopened.

Plaintiff's motion for reconsideration (Doc. 10) is **DENIED**.

Defendants' response to the complaint is due within thirty (30) days of the lifting of the stay.

BY THE COURT:

_____
JUDGE JULIA K. MUNLEY
United States District Court